IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JASON COMPTON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01223-O-BP |
| | § | |
| **ROBERT MCDONALD, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff filed an Agreed Motion to Dismiss this case on December 8, 2020. *See* ECF No. 8. The next day, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case, recommending the case be dismissed. *See* FCR, ECF No. 9. The Court has conducted a de novo review of the FCR and **ADOPTS** the reasoning in the Magistrate Judge's FCR.

Accordingly, it is **ORDERED** that the Agreed Motion for Dismissal (ECF No. 8) is **GRANTED**, and this case is **DISMISSED without prejudice**.

**SO ORDERED** on this **9th day** of **December 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE